The EBCO MANUFACTURING COMPANY, Plaintiff-Appellant,

v.

ECOFF PRODUCTS CO., Inc., and Epco Sales, Inc., Defendants-Appellees.

No. 14678.

United States Court of Appeals
Sixth Circuit.

April 9, 1962.

William S. Rambo, Columbus, Ohio, Mahoney, Miller & Rambo, Columbus, Ohio, on brief, for plaintiff-appellant.

George S. Baldwin, Cleveland, Ohio, Meyer, Baldwin, Doran & Egan, Cleveland, Ohio, on brief, for defendants-appellees.

Before MILLER, Chief Judge, CECIL, Circuit Judge, and STARR, Senior District Judge.

ORDER.

Plaintiff-appellant appeals from a judgment of the district court dismissing its original and amended complaints, which charged appellees with infringement of its registered trademark EBCO and with unfair business competition by their use of the word EPCO as a registered trademark and as a portion of the corporate name of Epco Sales, Inc.

From examination of the record and consideration of the briefs and arguments of counsel we conclude that the district court's findings of fact are supported by substantial evidence and are not clearly erroneous, and that his conclusions of law are correct. The judgment of the district court is accordingly affirmed.

W. A. LLOYD, Appellant,

v.

The AMERICAN TOBACCO COMPANY, Appellee.

No. 19150.

United States Court of Appeals
Fifth Circuit.

April 10, 1962.

Arnold S. Kaye, Atlanta, Ga., for appellant.

Wm. K. Meadow, Charles H. Kirbo, Atlanta, Ga., Spalding, Sibley, Troutman, Meadow & Smith, Atlanta, Ga., of counsel, for appellee.

Before TUTTLE, Chief Judge, and JONES and GEWIN, Circuit Judges.

PER CURIAM.

It appearing that there was no genuine issue as to any material fact before the trial court, and that the appellee was entitled to a judgment as a matter of law, the judgment of the trial court in favor of the appellee is hereby affirmed.

Although this decision is in nowise the result of the failure of the appellant's counsel to comply with the rules of this Court, it is to be noted that counsel failed completely to comply with the requirements of Rule 24 of this Court in that the brief filed by counsel contained no statement of the case, no specification of the errors relied upon nor a clear statement of the points of law or facts to be discussed.

The judgment is

Affirmed.